1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11

NATHAN OUELLETTE, JESI AN E.
RODRIGUEZ, GREGG STAPPAS, AND
CB HOME, INC., individually and on
behalf of all those similarly situated,

Case No. 2:19-cv-01203

**STIPULATED MOTION AND ORDER TO STAY**

12
13

Plaintiffs,

14

vs.

15
16
17

CAPITAL ONE FINANCIAL
CORPORATION, CAPITAL ONE, N.A.,
CAPITAL ONE BANK (USA), N.A.,
AMAZON.COM, INC., and AMAZON
WEB SERVICES, INC.,

18

Defendants.

19

**STIPULATION**

20      Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby request that the Court stay all

21  proceedings and deadlines in this action pending resolution of the motions for transfer and

22  consolidation under 28 U.S.C. § 1407 that are currently pending before the Judicial Panel on

23  Multidistrict Litigation ("JPML").  The JPML will hear oral argument on the Section 1407

24  motions on September 26, 2019, and Defendants Capital One Financial Corporation, Capital

25  One, N.A., and Capital One Bank (USA), N.A. (collectively, "Capital One") anticipate an order

26  regarding transfer and consolidation of this case and other related cases to be issued shortly

27  thereafter.  All the other parties in this action, including Plaintiffs and Defendants Amazon.com,

STIPULATED MOTION AND ORDER TO STAY - 1

1    Inc. and Amazon Web Services, Inc., agree to the requested stay.

2         This case is one of over 45 putative class actions filed in connection with the cyber

3    incident that Capital One announced on July 29, 2019.  Plaintiffs filed the Complaint in this case

4    on August 1, 2019; Capital One was served on August 5, 2019; and Capital One's deadline to

5    answer or respond to the Complaint is currently August 26, 2019.

6         On July 31, 2019, plaintiffs in a related case pending in this District, *Fadullon v. Capital*

7    *One Financial Corporation, et al.*, Case No. 2:19-cv-01189 (W.D. Wash., filed July 30, 2019),

8    filed a motion for consolidation and transfer under 28 U.S.C. § 1407 with the JPML in *In re*

9    *Capital One Consumer Data Breach Litigation*, MDL No. 2915 (J.P.M.L. July 31, 2019) ("*In re*

10   *Capital One*").  *See In re Capital One*, Dkt. No. 1.  That motion seeks to have related actions

11   arising out of the Capital One cyber incident, including this case, consolidated with the *Fadullon*

12   case and transferred to this District for pretrial proceedings.  Subsequently, plaintiffs in other

13   related cases have filed briefs in the *In re Capital One* matter that support transfer and

14   consolidation, but seek other transferee courts, including the Eastern District of Virginia,

15   Alexandria Division (*id.* at Dkt. Nos. 5 and 7) and the District of the District of Columbia (*id.* at

16   Dkt. No. 8).  Numerous notices of related actions have also been filed in *In re Capital One*, and

17   additional related cases continue to be filed and are in the process of being noticed to the JPML

18   as potential tag-along actions.

19        Given that over 45 putative class actions have been filed, all related to the same

20   underlying event and asserting the same or substantially similar factual allegations, the JPML is

21   highly likely to grant the motions for transfer and consolidation.  If it does, to conserve the

22   parties' resources and promote judicial economy, this case will be consolidated with the other

23   putative class actions for centralized pretrial proceedings in a single transferee court.  Under these

24   circumstances, "[c]ourts frequently grant stays pending a decision by the MDL Panel regarding

25   whether to transfer a case."  *Good v. Prudential Ins. Co. of Am.*, 5 F.Supp.2d 804, 809 (N.D. Cal.

26   1998); *see Short v. Hyundai Motor Am. Inc.*, No. C19-0318JLR, 2019 WL 3067251 (W.D. Wash.

27   July 12, 2019) (granting stay pending JPML's resolution of Section 1407 motion); *Gonzalez v.*

STIPULATED MOTION AND ORDER TO STAY - 2

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

*Merck & Co.*, No. CV-07-3034-LRS, 2007 WL 2220286, at *2 (E.D. Wash. Aug. 2, 2007) (granting defendant's motion to stay pending transfer decision and noting that "well settled case law . . . dictates a stay should be granted to promote judicial economy"); *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1362 (C.D. Cal. 1997) (granting stay pending JPML's ruling because "a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel"); *Bonefant v. R.J. Reynolds Tobacco Co.*, No. 07-60301-CIV, 2007 WL 2409980, at * 1 (S.D. Fla. July 31, 2007) ("[I]t is common practice for courts to stay an action pending a transfer decision by the JPML.").  In fact, Capital One has already successfully moved to stay numerous cases related to the cyber incident, and to date no court has denied a request to stay a case related case. *See, e.g., Heath, et al. v. Capital One Financial Corp., et al.*, 3:19-cv-555-JAG, Dkt. No. 14 (E.D. Va. Aug. 16, 2019) (order staying nine related cases pending decision from the JPML); *Hilker v. Capital One Financial Corp., et al.*, No. 1:19-cv-995-RDA-JFA Dkt. No. 15 (E.D. Va. Aug. 16, 2019) (order staying related case pending decision from the JPML).

Here, too, a short stay of proceedings until the JPML resolves the pending Section 1407 motions will promote judicial economy and sound judicial administration, avoid duplicative pretrial proceedings and potentially inconsistent pretrial rulings, and prevent prejudice to all parties.

IT IS SO STIPULATED.

DATED this 21st day of August, 2019.

Respectfully submitted,

*s/Steven A. Miller*
Steven A. Miller, WSBA No. 30388
*s/Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
*s/Kellen A. Hade*
Kellen A. Hade, WSBA No. 44535
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1 | Tel:  (206) 624-8300
Fax:  (206) 340-9599
2 | Email: steve.miller@millernash.com
dan.oates@millernash.com
3 | kellen.hade@millernash.com

4 | Attorneys for Capitol One Defendants

5 | Stipulation agreed to by:

6 | s/ *Jeffrey A. Ware*
7 | Jeffrey A. Ware, WSBA No. 43779

8 | FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
9 | Seattle, WA 98101
Tel:  (206) 389-4510
10 | Fax:  (206) 389-4511
Email: jware@fenwick.com

11 | Attorneys for Amazon, Inc., and Amazon
Web Services, Inc.
12 |

13 | TOUSLEY BRAIN STEPHENS PLLC

14 | By: s/ *Kim D. Stephens*
Kim D. Stephens, WSBA #11984
15 |

16 | By: s/*Jason T. Dennett*
Jason T. Dennett, WSBA #30686

17 | By: s/ *Kaleigh N.B. Powell*
Kaleigh N.B. Powell, WSBA #52684
18 |

19 | 1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
20 | Tel.: 206.682.5600/Fax.: 206.682-2992
Email: kstephens@tousley.com
21 | jdennett@tousley.com
kpowell@tousley.com

22

23

24

25

26

27

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
STIPULATED MOTION AND ORDER TO STAY - 4       Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1

2

3    James J. Pizzirusso, *admitted pro hac vice*
     Swathi Bojedla, *admitted pro hac vice*
     Theodore F. DiSalvo, *admitted pro hac vice*
4    HAUSFELD LLP
     1700 K Street NW, Suite 650
5    Washington, D.C.  20006
     Tel.: 202.540.7200
6    jpizzirusso@hausfeld.com
     sbojedla@hausfeld.com
7    tdisalvo@hausfeld.com

8    Adam J. Levitt, *admitted pro hac vice*
     Amy E. Keller, *admitted pro hac vice*
9    DICELLO LEVITT GUTZLER LLC
     Ten North Dearborn Street
10   Eleventh Floor
     Chicago, Illinois 60602
11   Tel.: 312.214.7900
     alevitt@dicellolevit.com
12   akeller@dicellolevitt.com

13   Andrew N. Friedman, *admitted pro hac vice*
     COHEN MILSTEIN SELLERS & TOLL PLLC
14   1100 New York Avenue, NW, Suite 500
     Washington, D.C.  20005
15   Tel.: 202.408.4600
     afriedman@cohenmilstein.com
16   dmcnamara@cohenmilstein.com
     ekafka@cohenmilstein.com
17   kputtieva@cohenmilstein.com

18   E. Michelle Drake, *admitted pro hac vice*
     BERGER MONTAGUE, PC
19   43 SE Main Street, Suite 505
     Minneapolis, MN 55414
20   Tel.: 612.594.5933
     emdrake@bm.net
21

22   Daniel L. Warshaw, *admitted pro hac vice*
     Matthew A. Pearson, *admitted pro hac vice*
23   PEARSON, SIMON & WARSHAW, LLP
     15165 Ventura Boulevard, Suite 400
24   Sherman Oaks, California 91403
     Tel.: 818.788.8300
25   dwarshaw@pswlaw.com
     mapearson@pswlaw.com

26   *Counsel for Plaintiffs and the Classes*

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1

**ORDER**

2

IT IS ORDERED.

3

4

Dated this <u>29th</u> day of <u>August</u>, 2019.

5

6

_____

7

Mary Alice Theiler
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO STAY - 6

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599